**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2508**

---

FRANKLIN LEE MINOR, SR.; MARY LOU CARPENTER,

Plaintiffs - Appellants,

versus

ROBERT D. HORSEY, Judge; SPIRO BUAS,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-96-2870-S)

---

Submitted: December 19, 1996      Decided: December 31, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Franklin Lee Minor, Mary Lou Carpenter, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing their petition for writ of mandamus as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Minor v. Horsey</u>, No. CA-96-2870-S (D. Md. Sept. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>